UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
HERMAN LOCKE

                      Plaintiff

    -against-                      COMPLAINT
                                   PLAINTIFFS DEMAND
THE CITY OF NEW YORK,         TRIAL BY JURY
P.O. STEVEN MILLWATER, et al

                                   11-cv- 09465

                   Defendants
------------------------------------------------------------------------X


MICHAEL COLIHAN- ATTORNEY AT LAW

                                                                44 Court Street
                                                                     Suite 911
                                                          Brooklyn, New York 11201

Phone (718) 488-7788

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
HERMAN LOCKE

                         Plaintiff
   -against-                               COMPLAINT
                                                 PLAINTIFFS DEMAND
THE CITY OF NEW YORK,                      TRIAL BY JURY
P.O. STEVEN MILLWATER
CAPTAIN  RYAN, LT. RUANE                     11-cv-09465
SGT. JOSE ORTIZ, P.O. SHARP, DETECTIVE
HERLEY, DETECTIVE AJA, DETECTIVE HARE,
DETECTIVE JOHNSON, P.O. FERNANDEZ,
P.O. LOPEZ and POLICE OFFICER JOHN DOE 1-15

                         Defendants
------------------------------------------------------------------------X

AS AND FOR A FIRST CAUSE OF ACTION ON BEHALF OF THE PLAINTIFF
                               HERMAN LOCKE

     1. This is a civil action for damages brought pursuant to redress the deprivation by defendants of the rights secured to plaintiff under the Constitution and laws of the United States and State of New York. The defendants, upon information & belief, without a warrant and without probable cause, unlawfully entered a premises where the plaintiff was lawfully present, assaulted arrested and falsely imprisoned the plaintiffs.

     2. That the jurisdiction of this Court is invoked under the provisions of Section 1331 & 1383 of Title 28 and Sections 1983 & 1988 of Title 42 of the United States Code . Plaintiff further invokes the pendant jurisdiction of this Court to consider claims arising under state law. The amount in controversy exceeds $75,000.00 excluding costs and attorney's fees.

     3. That at all times hereinafter mentioned, the plaintiff HERMAN LOCKE was and still is a resident of the County of Kings, City & State of New York.

4.. Upon information and belief the defendant THE CITY OF NEW YORK was and is a municipal corporation organized and existing under the laws of the City and State of New York.

5. That the defendant . P.O. STEVEN MILLWATER was & is an agent, servant & employee of the defendant THE CITY OF NEW YORK.

6. That the defendant CAPTAIN RYAN was & is an agent, servant & employee of the defendant THE CITY OF NEW YORK.

7. That the defendant LIEUTENANT RUANE was & is an agent, servant & employee of the defendant THE CITY OF NEW YORK.

8. That the defendant SGT. JOSE ORTIZ was & is an agent, servant & employee of the defendant THE CITY OF NEW YORK.

9. That the defendant P.O. SHARP was & is an agent, servant & employee of the defendant THE CITY OF NEW YORK.

10. That the defendant DETECTIVE HERLEY was & is an agent, servant & employee of the defendant THE CITY OF NEW YORK..

11. That the defendant DETECTIVE AJA was & is an agent, servant & employee of the defendant THE CITY OF NEW YORK.

12. That the defendant DETECTIVE HARE was & is an agent, servant & employee of the defendant THE CITY OF NEW YORK.

12. That the defendant DETECTIVE JOHNSON was & is an agent, servant & employee of the defendant THE CITY OF NEW YORK.

12. That the defendant P.O. FERNANDEZ was & is an agent, servant & employee of the defendant THE CITY OF NEW YORK.

13. That the defendant P.O. LOPEZ was & is an agent, servant & employee of the defendant THE CITY OF NEW YORK.

14. That the defendants POLICE OFFICERS JOHN DOE 1-15 were and are agents, servants & employees of the defendant THE CITY OF NEW YORK.

15 . That on or about the 12th day of August, 2010 the plaintiff HERMAN LOCKE was lawfully at or near 3 Sherlock Place, County of Kings, City & State of New York.

16. That while at the aforesaid time and place the plaintiff was unlawfully and without just cause, approached, accosted, and arrested by the aforementioned officers of THE NEW YORK CITY POLICE DEPARTMENT who were agents, servants and employees of the defendant THE CITY OF NEW YORK who were acting under color of law during the aforesaid transactions.

17. That by reason of the foregoing the plaintiff suffered loss of liberty for approximately three days and serious and severe and psychological injuries some of which, upon information & belief are permanent in nature.

18. That by reason of the foregoing the plaintiff has suffered damage & injury in the sum of ONE MILLION DOLLARS.

    AS AND FOR A SECOND CAUSE OF ACTION ON
    BEHALF OF THE PLAINTIFF HERMAN LOCKE

19. Plaintiff repeats, realleges and reiterates each and every allegation of the complaint with the same force and effect as if more fully set forth at length herein.

20. That after the aforementioned accosting and arrest of the plaintiff by the defendants, the plaintiff was falsely arrested & imprisoned by the aforementioned officers of the CITY OF NEW YORK, including but not limited to the individually named officers, who were agents, servants & employees of the defendant THE CITY OF NEW YORK and falsely prosecuted under Kings Criminal Court docket number 2010KN064494.

21. That the aforementioned criminal action was eventually dismissed in Kings County Supreme Court, Criminal Term.

22. That by reason of the foregoing the plaintiff has suffered damage & injury in the sum of ONE MILLION DOLLARS.

### AS AND FOR A THIRD CAUSE OF ACTION ON BEHALF OF THE PLAINTIFF HERMAN LOCKE

23. Plaintiff repeats, realleges and reiterates each and every allegation of the complaint with the same force and effect as if more fully set forth at length herein.

24. In the manner as aforesaid, each of the defendants, jointly & severally, acted maliciously, willfully and wantonly, and outside the scope of his jurisdiction, although under color of law, and violated the following rights of the plaintiff; to be free from unreasonable search & seizure, from warrantless search & seizure, from use of excessive force, assault & battery, summary punishment without trial & due process of law.

25. Defendants, its agents servants and employees, by their conduct herein alleged,5 intentionally, willfully and without justification, and under color of law did deprive the plaintiff of his rights, privileges and immunities secured to him by the Constitution and the laws of the United States, and by 42 U.S.C. Sections 1983 & 1988 and by the statutes and laws of the state of New York which are invoked under the pendant jurisdiction of this Court.

26. That by reason of the foregoing the plaintiff has suffered damage & injury in the sum of ONE MILLION DOLLARS.

### AS AND FOR A FOURTH CAUSE OF ACTION ON BEHALF OF THE PLAINTIFF HERMAN LOCKE

27. Plaintiff repeats, realleges and reiterates each and every allegation of the complaint with the same force and effect as if more fully set forth at length herein.

28. The defendant THE CITY OF NEW YORK was careless reckless and negligent in the selection, investigation, hiring, training, supervision and direction of their employees, and in particular, the individually named defendants.

29. That by reason of the foregoing the plaintiff has suffered damage & injury in the sum of ONE MILLION DOLLARS.

### AS AND FOR A FIFTH CAUSE OF ACTION ON BEHALF OF THE PLAINTIFF HERMAN LOCKE

30. The plaintiff incorporates by reference the allegations set forth in all preceding paragraphs as if fully set forth herein.

31. At all times material to this complaint, defendant THE CITY OF NEW YORK had de facto policies, practices, customs and usages which were a direct and proximate cause of the unconstitutional conduct alleged herein.

a) 32. At all times material to this complaint, defendant THE CITY OF NEW YORK failed to properly train, screen, supervise, or discipline employees and police officers, and failed to inform the individual defendants' supervisors of their need to train, screen, supervise or discipline the individually named defendants and DOES. The policies, practices, customs, and usages were a direct and proximate cause of the unconstitutional conduct alleged herein, causing injury and damage in violation of plaintiff's constitutional rights as guaranteed under 42 U.S.C. § 1983 and the United States Constitution, including its Fourth and Fourteenth Amendments.

33. As a result of the foregoing, plaintiff was deprived of liberty, suffered bodily and emotional injury, pain and suffering, great humiliation, costs and expenses, and was otherwise damaged and injured.

WHEREFORE, the plaintiff respectfully preys to the court for judgment upon each cause of action as follows:
a. Compensatory damages in an amount which this Court shall consider to be just and fair:

   b. Punitive and exemplary damages in an amount which this Court shall consider to be just & fair;

   c. Attorney's fees in an amount which this Court shall consider just & fair;

   d. Together with the costs and disbursements of this action and such other and further relief which this Court may seem just & proper.


DATED: BROOKLYN, NY
  December 18, 2011.


    -------------------/s/--------------------------

    MICHAEL COLIHAN (MC-0826)
     Attorney for the Plaintiff
    44 Court Street
    Suite 911
    Brooklyn, NY 11201
    (718) 488-7788